The People of the State of New York, Respondent, *v.* Samuel Curl, Appellant.

(Argued March 16, 1934; decided April 17, 1934.)

*Philip Wittenberg* and *Charles S. Hefter* for appellant.
*William Copeland Dodge,* District Attorney (*Le Roy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs and Crouch, JJ. Not sitting: Kellogg, J.